IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL ERWIN ASHER, II                                        PLAINTIFF
ADC #167550

v.                              Case No. 4:23-cv-00979-KGB

ALLEN ESTES                                                    DEFENDANT

## ORDER

Before the Court are the Proposed Findings and Recommendation ("Recommendation")
submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 6). The Court has
reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and
the time to do so has passed. Accordingly, after careful consideration, the Court approves and
adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). *Pro se*
plaintiff Michael Erwin Asher, II's complaint is dismissed without prejudice (Dkt. No. 2).
Judgment will be entered accordingly.

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge